UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Courtney Martin,                                               Case No. 3:22-cv-1115

                Plaintiff,

v.                                                         ORDER

Commissioner of Social Security,

                Defendant.

       Before me is the Report and Recommendation ("R & R") of Magistrate Judge Amanda M. Knapp filed on May 31, 2023. (Doc. No. 9). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, Plaintiff has filed no objections, and the Commissioner has indicated he will not be filing objections. (Doc. No. 11).

       Following review of Judge Knapp's R & R, I adopt it in its entirety as the Order of the Court. I agree that the ALJ failed to discuss much of the relevant evidence related to Plaintiff's mental health but selected records that do not give a wholly accurate picture of her treatment. This shortcoming tainted both the ALJ's findings as to the paragraph "B" criteria of Listings 12.04, 12.06, and/or 12.15 and the residual functional capacity determination.

Accordingly, the ALJ's decision on these issues is vacated and the matter is remanded. As directed by Judge Knapp, on remand, the ALJ shall:

> (1) provide a full and accurate explanation of the evidence and reasoning that forms the basis for her findings as to the paragraph "B" criteria Listings 12.04, 12.06, and/or 12.15, including clear and complete consideration of Ms. Martin's treatment records with the RHC Psychiatry Clinic through December 31, 2018; (2) reassess whether Ms. Martin meets the specified Listings in light of that analysis; and (3) provide a full and accurate explanation of the evidence and reasoning that forms the basis for her mental RFC limitations.

(Doc. No. 9 at 1, 42).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge